Donald L. Myles, Jr., Bar #007464
Clarissa B. Reiman, Bar #020271
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone:  (602) 263-1711
Fax:  (602) 200-7842
dmyles@jshfirm.com
creiman@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendant Hartford Underwriters Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Paul E. Monson and Jan S. Monson, husband and wife, <br><br> Plaintiffs, <br><br> v. <br><br> Hartford Underwriters Insurance Company, a Connecticut company, <br><br> Defendant. | NO. <br><br> **NOTICE OF REMOVAL TO U.S. DISTRICT COURT** |

Defendant Hartford Underwriters Insurance Company ("Defendant" or "Hartford"), through undersigned counsel, files this Notice of Removal of this action to the United States District Court of Arizona and states as follows:

1. On September 6, 2023, Plaintiffs Paul E. Monson and Jan S. Monson ("Plaintiffs") filed a Complaint against Defendant in the Pima County Superior Court under the caption "*Paul E. Monson and Jan S. Monson v. Hartford Underwriters Insurance Company*," Case No. CaseNumber.  Defendant executed a waiver of service on November 6, 2023.  A copy of the Complaint and Waiver of Service are attached hereto as **Exhibit A**.

12319101.1

2. Defendant is a foreign corporation with its principal place of business in Hartford, Connecticut. According to the Complaint, Plaintiffs are citizens and residents of County of Pima, State of Arizona.

3. This Court has original jurisdiction over this civil action pursuant to 28 U.D.C. § 1332 in that Plaintiffs allege the matter in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs, and the action is between citizens of different states. Specifically, Plaintiffs own a commercial property located at 4001 S. Contractors Way, Tucson, AZ 85714 (the "Property"). The Property was insured by Hartford under policy number 59 SBA AL9PZC. Plaintiffs allege on or about September 7, 2021, the Property sustained severe damage by fire. Plaintiffs submitted a claim to Hartford regarding the Loss. Plaintiffs submitted an initial estimate for $2,769,886.43 which Hartford approved. Plaintiffs later submitted a supplemental estimate for $184,193.92 and another supplemental estimate for $210,793.36. These supplemental estimates are in dispute. Based upon this information, the amount in controversy well exceeds the jurisdictional limits for diversity jurisdiction. Therefore, this action may be removed to this Court pursuant to the provision of 28 U.S.C. § 1441, et seq.

4. This Notice of Removal is filed within thirty (30) days after service of the Complaint and is therefore timely under 28 U.S.C. § 1446(d).

5. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Pima.

6. A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached as **Exhibit B**.

DATED this 6th day of December, 2023.

                    JONES, SKELTON & HOCHULI P.L.C.

By /s/ *signature*
Donald L. Myles, Jr.
Clarissa B. Reiman
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Hartford Underwriters Insurance Company

3

12319101.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2023, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Neal A. Eckel
Michael P. Harnden
FARHANG & MEDCOFF
100 South Church Avenue
Suite 100
Tucson, Arizona 85701
neckel@farhangmedcoff.com
mharnden@farhangmedcoff.com
*Attorneys for Plaintiffs*


*/s/Rachel Barajas*

12319101.1